# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID LE ROY GAMBLE, JR. et al, | Civil No. 16-2720 (JRT/KMM) |
| Plaintiffs, | |
| v. | **ORDER ON REPORT** |
| MINNESOTA STATE-OPERATED SERVICES, et al, | **AND RECOMMENDATION** |
| Defendants. | |

David Le Roy Gamble, Jr., St. Peter Regional Treatment Center, 100 Freeman Drive, St. Peter, MN 56082, plaintiff *pro se*

Cyrus Patrick Gladden, II, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*

David James Jannetta, MSOP, 1111 Highway 73, Moose Lake, MN 55767, plaintiff *pro se*

Jerrad William Wailand, St. Peter Regional Treatment Center, 100 Freeman Drive, St. Peter, MN 56082, plaintiff *pro se*

Clarence Antonia Washington, St. Peter Regional Treatment Center, 100 Freeman Drive, St. Peter, MN 56082, plaintiff *pro se*

Kathryn Iverson Landrum, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1100, St Paul, MN 55101-2128, for defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated December 7, 2016. No objections have been filed to that Report and Recommendation in the time period

permitted. Based on the Report and Recommendation of the Magistrate Judge and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Class Certification Pursuant to Rule 23 (Docket No. 8) is **DENIED WITHOUT PREJUDICE**.

Dated:  January 10, 2017          s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                             Chief Judge
                                             United States District Court