UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID LE ROY GAMBLE, JR., CYRUS PATRICK GLADDEN, II, and all other similarly situated, DAVID JAMES JANNETTA, and all other similarly situated, JERRAD WILLIAM WAILAND, and all other similarly situated, CLARENCE ANTONIA WASHINGTON,<br><br>              Plaintiffs,<br><br>v.<br><br>MINNESOTA STATE INDUSTRIES, MINNESOTA SEX OFFENDER PROGRAM, DEPARTMENT OF HUMAN SERVICES, THE STATE OF MINNESOTA, EMILY JOHNSON PIPER, SHELBY RICHARDSON, JOHN and JANE DOES 1-20, as unknown individuals, LUCINDA JESSON, DENNIS BENSON, NANCY A. JOHNSTON, SHIRLEY JACOBSON, CHARLIE HOFFMAN,<br><br>              Defendants. | Civil No. 16-2720 (JRT/KMM)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

David Le Roy Gamble, Jr., Jerrad William Wailand, Clarence Antonia Washington, St. Peter Regional Treatment Center, 100 Freeman Drive, St. Peter, MN, 56082, Cyrus Patrick Gladden, II, David James Jannetta, Minnesota Sex Offender Program, 1111 Highway 73, Moose Lake, MN, 55767, pro se plaintiffs.

Kathryn Iverson Landrum, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101, counsel for defendants.

2

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on December 1, 2017.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Docket No. 87) is **DENIED**.

Dated:  December 27, 2017          s/John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                   Chief Judge
                                   United States District Court